UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      *Plaintiff,*<br><br>   v.<br><br>NOBEL LEARNING COMMUNITIES<br>d/b/a CHESTERBROOK ACADEMY,<br><br>      *Defendant.* | HON. NOEL L. HILLMAN<br><br>*Civil Action No.* 17-366 (NLH) (JS)<br><br>**JOINT STIPULATION OF<br>DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff United States of America and Defendant Nobel Learning Communities, Inc. d/b/a Chesterbrook Academy, that this action is hereby voluntarily dismissed in its entirety and with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear its own attorney's fees, costs and expenses.

CRAIG CARPENITO
United States Attorney


 /s/ *David V. Simunovich*
DAVID V. SIMUNOVICH
JORDAN M. ANGER
BEN KURUVILLA
Assistant United States Attorneys
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 645-2736
david.simunovich@usdoj.gov

CHARLOTTE LANVERS
Trial Attorney
Disability Rights Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W. –

  /s/ *Bonnie M. Hoffman*
BONNIE M. HOFFMAN
ANDREW M. ERDLEN
Hangley Aronchick Segal Pudlin & Schiller
20 Brace Road, Suite 201
Cherry Hill, NJ 08034-2634
Tel: (856) 616-2100
bhoffman@hangley.com
aerdlen@hangley.com

Dated: November 13, 2019

*Counsel to Nobel Learning Communities,
Inc. d/b/a Chesterbrook Academy*

1

4CON
Washington, DC 20530
Tel. (202) 305-0706
Charlotte.Lanvers@usdoj.gov

Dated: Newark, NJ
      November 13, 2019

*Attorneys for the United States of America*